IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

WILLIAM IRVING, Register No. 182906, )
)
            Plaintiff, )
)
            v. )    No. 04-4309-CV-C-SOW
)
DAVE DORMIRE, et al., )
)
            Defendants. )

## ORDER

On May 15, 2006, the United States Magistrate Judge recommended that plaintiff's motions for preliminary injunctive relief be denied. The parties were advised they could file written exceptions to the recommendation, pursuant to 28 U.S.C. § 636(b)(1)(C).

The court has conducted a de novo review of the record[1], including the exceptions filed by plaintiff on May 30, 2006. The issues raised in plaintiff's exceptions were adequately addressed in the report and recommendation. The court is persuaded that the recommendation of the Magistrate Judge is correct and should be adopted.

Furthermore, the court notes the court has recently appointed counsel on behalf of plaintiff.

IT IS, THEREFORE, ORDERED that the Magistrate Judge's May 15, 2006 Report and Recommendation is adopted [181]. It is further

ORDERED that plaintiff's motions for preliminary injunctive relief are denied [138, 162, 164, 168].

                            /s/Scott O. Wright
                            SCOTT O. WRIGHT
                            Senior United States District Judge

Dated: July 5, 2006

---

[1] Court proceedings, if any, are recorded by electronic recording equipment and the tapes are available for review by the court and counsel.